UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SENEZH SHIPPING LIMITED,

    Plaintiff,

v.

ALPHAMATE LIMITED and
ALPHAMATE COMMODITY GmbH,

    Defendants.

08 CV _____

ORDER FOR ISSUANCE OF PROCESS
OF MARITIME ATTACHMENT AND
GARNISHMENT

    Upon reading the Verified Complaint praying for issuance of process of maritime attachment and garnishment and the Declaration of Kevin J.B. O'Malley in Support of Issuance of Process of Maritime Attachment and Garnishment Pursuant to Rule B and Appointment of Special Process Server, and the Court finding that the requirements for an attachment under Rule B of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions appear to exist, it is, this day,:

    **ORDERED** that the Clerk of Court shall issue Process of Maritime Attachment and Garnishment as prayed for in the Verified Complaint; and it is further

    **ORDERED** that the Process of Maritime Attachment and Garnishment issued by the Clerk of Court shall be issued against all property, tangible or intangible, including assets, goods, chattels, accounts, freights, hire payments, funds, monies, charter hire, credits, debts owned by or owed to Defendants, effects, CHIPS credits, electronic fund transfers ("EFTs"), payments for bunkers, cargo, goods or services, bills of lading and the like, belonging to or claimed by Defendants Alphamate Limited and Alphamate Commodity GmbH that are in the possession of, control of or being transferred through any garnishee within this District, including, but not limited to, property held by or in the possession or control of the following garnishees:

1. ABN AMRO BANK N.V.
   55 East 52nd Street
   New York, New York 10055

2. AMERICAN EXPRESS BANK LTD.
   c/o Zeichner Ellman & Krause, LLP
   Legal Counsel for Bank of America
   575 Lexington Avenue, 10th Floor
   New York, New York 10022

3. ATLANTIC BANK
   960 Avenue of the Americas
   New York, New York 10292

4. BANK OF AMERICA, NATIONAL ASSOCIATION
   c/o Zeichner Ellman & Krause, LLP
   Legal Counsel for Bank of America
   575 Lexington Avenue, 10th Floor
   New York, New York 10022

5. BANK OF CHINA
   410 Madison Avenue
   New York, New York 10017

6. BANK OF CYPRUS
   80 Broad Street, 27th Floor
   New York, New York 10004

7. BANK OF NEW YORK MELLON
   120 Broadway, 19th Floor
   New York, New York 10005

8. BANK OF TOKYO-MITSUBISHI UFJ LTD.
   1251 Avenue of the Americas
   New York, New York 10020

9. BNP PARIBAS
   787 Seventh Avenue
   New York, New York 10019-6083

10. CALYON
    1301 Avenue of the Americas
    New York, New York 10019-6022

11. CITIBANK, N.A.
    Legal Service Intake Unit
    1 Court Square, 7th Floor
    Long Island City, New York 11120

12. COMMERZBANK AG
    2 World Financial Center
    New York, New York 10281

13. CREDIT LYONNAIS
    1301 Avenue of the Americas
    New York, New York 10019

14. CREDIT SUISSE FIRST BOSTON
    11 Madison Avenue
    New York, New York 10010

15. DEUTSCHE BANK TRUST COMPANY AMERICAS
    60 Wall Street
    New York, New York 10005

16. FORTIS
    520 Madison Avenue, 3rd Floor
    New York, New York 10022

17. HSBC BANK U.S.A., NATIONAL ASSOCIATION
    452 Fifth Avenue
    New York, New York 10018

18. JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
    One Chase Manhattan Plaza
    New York, New York 10005

19. NEW YORK COMMERCIAL BANK
    960 Avenue of the Americas
    New York, New York 10001

20. RABOBANK
    245 Park Avenue
    New York, New York 10017

21. ROYAL BANK OF SCOTLAND
    101 Park Avenue Lobby
    New York, New York 10178

22. SOCIETE GENERALE
    1221 Avenue of the Americas
    New York, New York 10020-1092

23. STANDARD CHARTERED BANK
    One Madison Avenue
    New York, New York 10010

24. UBS AG
    299 Park Avenue
    New York, New York 10017

25. U.S. BANK
    100 Wall Street
    New York, New York 10005

26. WACHOVIA BANK, NATIONAL ASSOCIATION
    375 Park Avenue
    New York, New York 10152

or any of their affiliates or any other garnishee within this District upon whom a copy of the Process of Maritime Attachment and Garnishment herein may be served, in an amount up to the amount sued for (*i.e.*, **$571,342.05**); and it is further

**ORDERED** that any person claiming an interest in the property attached or garnished pursuant to this Order shall, upon application to the Court, be entitled to a prompt hearing at which the Plaintiff shall be required to show why the attachment or garnishment should not be vacated or other relief granted; and it is further

**ORDERED** that a copy of this Order be attached to and served with the Process of Maritime Attachment and Garnishment; and it is further

**ORDERED** that, pursuant to Rule B(1)(d)(ii)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the Process of Maritime Attachment and Garnishment may be served by any person who is not less than eighteen years of age and

who is not a party to this action; and it is further

**ORDERED** that service on any garnishee is deemed to be effective and continuous service throughout the remainder of the day upon which such service is made commencing from the time of such service through the opening of the garnishee's business on the next business day; and it is further

**ORDERED** that, following initial service upon any garnishee by the United States Marshal or any other person authorized by an order of the Court to make service in this action, supplemental service of the Process of Maritime Attachment and Garnishment may thereafter be made by way of facsimile transmission or other verifiable electronic means, including e-mail, to each garnishee so personally served; and it is further

**ORDERED** that supplemental process enforcing this Order may be issued by the Clerk of Court and served without further order of the Court.

Dated: New York, New York
June 27 2008

SO ORDERED:

_____
U.S.D.J.