**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

SENEZH SHIPPING LIMITED,

           Plaintiff,

v.

ALPHAMATE LIMITED and
ALPHAMATE COMMODITY GmbH,

           Defendants.

08 CV _____

**ORDER APPOINTING A
SPECIAL PROCESS SERVER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06-27-08

    An application having been made on behalf of Plaintiff Senezh Shipping Limited ("Senezh") for an order appointing a special process server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

    **NOW**, upon reading the Declaration of Kevin J.B. O'Malley in Support of Issuance of Process of Maritime Attachment and Garnishment Pursuant to Rule B and Appointment of Special Process Server, and good cause having been shown, it is hereby

    **ORDERED** that any partner, associate, paralegal or employee of Nicoletti Hornig & Sweeney be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Maritime Attachment and Garnishment herein upon the garnishees listed in the Order for Issuance of Process of Maritime Attachment and Garnishment, as well as upon any other garnishee in this District who, upon information developed by Plaintiff subsequent hereto, may hold assets for or on account of the Defendants; and it is further

    **ORDERED** that a copy of this Order be attached to and served with the Process of Maritime Attachment and Garnishment; and it is further

    **ORDERED** that, in order to avoid the need to repetitively serve a garnishee continuously throughout the day, any copy of the Process of Maritime Attachment and Garnishment that is

served upon a garnishee is deemed to be effective and continuous service throughout the remainder of the day upon which such service is made commencing from the time of such service through the opening of the garnishee's business on the next business day.

Dated: New York, New York
      June 27, 2008

                                **SO ORDERED:**

                                _____
                                U.S.D.J.