CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SENEZH SHIPPING LIMITED                              :
                                                     :
                                                     :
                          Plaintiff,                 :        08-CV-5765
                                                     :
              v.                                     :
                                                     :
ALPHAMATE LIMITED and ALPHAMATE                      :
COMMODITY GmbH,                                      :
                                                     :
                                                     :
                          Defendants.                :
-----------------------------------------------------------x

## REPORT OF GARNISHEE SOCIÉTÉ GÉNÉRALE NEW YORK BRANCH TO PLAINTIFF'S MARITIME ATTACHMENT AND GARNISHMENT

TO THE MARSHALL OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

Pursuant to Rule B(3)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and in response to a certain Process of Maritime Attachment and Garnishment in the captioned matter dated June 27, 2008, and served upon Garnishee Societe Generale New York Branch on June 30, 2008, and on various dates thereafter through the date of this report, Garnishee Societe Generale New York Branch hereby states that on such dates of service, it was not indebted to the defendant(s) and did not otherwise have in its possession any property,

tangible or intangible, including funds, assets, cash, goods, chattels, credits, effects, debts

owed by or owed to the defendant(s) or monies to be paid to discharge a debt owed to the

defendant(s), including monies being electronically transferred by, to or for the benefit of

the defendant(s).


Dated: North Bergen, New Jersey
       July 21, 2008


                                              CLARK, ATCHESON & REISERT
                                              Attorneys for Garnishee
                                              Societe Generale New York Branch

                           By:    _____
                                              Richard J. Reisert (RR-7118)
                                              7800 River Road
                                              North Bergen, NJ  07047
                                              Tel: (201) 537-1200
                                              Fax: (201) 537-1201
                                              Email: reisert@navlaw.com


TO:    CLERK OF THE COURT

       NICOLETTI, HORNIG & SWEENEY (Via Email)
       Attorneys for Plaintiff

## VERIFICATION

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )


Patricia G. Corley, being duly sworn, deposes and says as follows:

I am a Director and Counsel in the Litigation and Compliance Department of Societe Generale New York Branch. I have reviewed the foregoing Report of Garnishee Societe Generale New York Branch in response to Plaintiff's Maritime Attachment and Garnishment in docket no. 08-CV-5765 and know the contents thereof and that the same are true to the best of my own knowledge. I base this upon personal knowledge, review of Societe Generale New York Branch's files, and communications with relevant employees of the Bank.

Patricia G. Corley

Sworn to before me on
July 22, 2008.

Notary Public

AGNES M. McLOUGHLIN
Notary Public, State of New York
No. 24-4761446
Qualified in Kings County
Commission Expires November 30, 20 12